Mark K. Smith, Esquire (MS-1568)
LAW OFFICES OF MARK K. SMITH, LLC
1430 Innis Lane
Yardley PA 19067
(267) 391-7352
MarkKSmithLaw@aol.com

|  |  |
|---|---|
| In re: | : <br> : UNITED STATES BANKRUPTCY COURT <br> : FOR THE DISTRICT OF NEW JERSEY <br> : <br> FRANK VERITAS,   : Case No. 22-17143  (JKS) <br> Debtor.   : Chapter 13 <br> : <br> : NOTICE OF WITHDRAWAL OF DOCUMENT <br> : #11 |

PLEASE TAKE NOTICE that the Debtor hereby withdraws the Amended Disclosure of Attorney Compensation listed as Document #11 on the docket.

                                            LAW OFFICES OF MARK K. SMITH
                                            Attorney for Debtor

                                            /s/  Mark K. Smith

                                            MARK K. SMITH, ESQUIRE

Dated:  October 11, 2022